IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JEZIGN LICENSING, LLC,<br><br>     Plaintiff,<br>v.<br><br>SKECHERS U.S.A., INC.,<br><br>     Defendant. | Case No. 8:16-cv-1193-TDC |

**STIPULATION OF DISMISSAL**

Plaintiff Jezign Licensing, LLC ("Jezign") and Defendant Skechers U.S.A., Inc. ("Skechers") hereby stipulate to dismissal of all claims and counterclaims brought in this suit. Jezign and Skechers stipulate to dismissal with prejudice as to all counts of Jezign's claims, and without prejudice as to all counterclaims.  Each party will bear its own fees and costs.


Dated: January 2, 2018         Respectfully submitted,

                    */s/ Joseph J. Zito*_____

                    Joseph J. Zito
                    DNL ZITO
                    1250 Connecticut Ave, NW Suite 200
                    Washington, DC 20036
                    202-466-3500
                    jzito@dnlzito.com
                    Attorneys for the Plaintiff

                    JEZIGN LICENSING, LLC


                    */s/ Scott J. Pivnick*_____

                    Scott J. Pivnick (MD Bar No. 15168)
                    ALSTON & BIRD LLP
                    The Atlantic Building

950 F Street, NW
Washington, DC 20004-1404
Tel: (202) 239-3300
Fax: (202) 239-3333
scott.pivnick@alston.com

Robert L. Lee (Ga. Bar No. 443978) (*pro hac vice*)
bob.lee@alston.com
David L. Gann (Ga. Bar No. 940455) (*pro hac vice*)
david.gann@alston.com
ALSTON & BIRD LLP
1201 West Peachtree St.
Suite 4900
Atlanta, GA 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

Attorneys for Defendant

SKECHERS U.S.A., INC.